# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| Minder Music, Ltd. <br> *Plaintiff* <br> v. <br> Ariana Grande-Butera p/k/a Ariana Grande, an individual, Malcolm James McCormick p/k/a Mac Miller d/b/a Blue Slide Park Music, an individual, Republic Records, Inc., UMG Recordings, Inc., Universal Music Distribution, EMI April Music Inc., Sony/ATV Tunes LLC, Sony/ATV Ballad, BMG Rights Management (US) LLC Publishing, and Songs of Kobalt Music Publishing, a Division of Kobalt Music Publishing America, Inc. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3-13 1379 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants name and address)*  Songs of Kobalt Music Publishing a division of Kobalt Music Publishing America, Inc., c/o C T Corporation System
111 Eighth Ave.
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Minder Music, Ltd.
c/o Richard S. Busch
King & Ballow
315 Union Street, Ste 1100
Nashville, TN 37201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: DEC 1 2

*Signature of Clerk or Deputy Clerk*

Case 3:13-cv-01379   Document 21   Filed 02/14/14   Page 1 of 2 PageID #: 66

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3-13 1379

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SONGS OF KOBALT MUSIC PUBLISHING A DIVISION OF KOBALT MUSIC PUBLISHING AMERICA
was received by me on *(date)* _____

☒ I personally served the summons on the individual at *(place)* INTAKA CLARK NORA DINYLA FEMALE/BRN SKIN/BLK HAIR/35-50 on *(date)* 1/13/14 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-27-14

_____
Server's signature

CURTIS DUNCAN
Printed name and title

3254 MERRICK RD MASSAPEQUA NY
Server's address

Additional information regarding attempted service, etc: *sill* ✍

Gilbert H. Mintz
#01M14748883
**Notary Public, State of New York
Qualified in Nassau County
Commission Expires 9/30/2013**