IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINDER MUSIC, LTD., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:13-cv-01379 |
| ARIANA GRANDE-BUTERA, et al., | ) Chief Judge William J. Haynes, Jr. |
| Defendants. | ) |

JOINT MOTION TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

*[Handwritten order in margin:] ORDER. This motion is GRANTED. The conference is reset for April 25, 2014 at 2:00 pm. William [Haynes] 2-19-14*

As evidenced by the signatures of counsel below, Plaintiff Minder Music, Ltd. and Defendants EMI April Music Inc., Sony/ATV Tunes LLC, and BMG Rights Management (US) LLC (the "Stipulating Defendants") jointly move the Court to continue the Initial Case Management Conference scheduled for February 24, 2014 (Doc. 4) until a date convenient for the Court in mid-April, 2014. The parties suggest that continuing the conference will provide for a more meaningful conference with the Court for at least two reasons.

First, the Stipulating Defendants are not due to respond to the Complaint until after the current setting. On February 3, 2014, these same parties jointly moved the Court to extend the Stipulating Defendants' deadline to respond to the Complaint until March 5, 2014. (Doc. 7.) The Court granted that motion. (Doc. 9.) As a result, the current Initial Case Management Conference is scheduled to occur before the Stipulating Defendants are due to respond to the Complaint.

Second, the remaining seven Defendants have not yet made an appearance. Continuing the conference will permit time to have those parties served, to respond to Plaintiff's allegations