IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MINDER MUSIC, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:13-cv-1379 |
| vs. | ) | |
| | ) | Chief Judge William J. Haynes, Jr. |
| ARIANA GRANDE-BUTERA p/k/a | ) | |
| ARIANA GRANDE, an individual, | ) | JURY DEMAND |
| MALCOLM JAMES MCCORMICK p/k/a | ) | |
| MAC MILLER d/b/a BLUE SLIDE PARK | ) | |
| MUSIC, an individual, REPUBLIC | ) | |
| RECORDS, INC., UMG RECORDINGS, | ) | |
| INC., UNIVERSAL MUSIC GROUP | ) | |
| DISTRIBUTION CORP., EMI APRIL | ) | |
| MUSIC INC., SONY/ATV TUNES LLC, | ) | |
| SONY/ATV BALLAD, BMG RIGHTS | ) | |
| MANAGEMENT (US) LLC PUBLISHING, | ) | |
| AND SONGS OF KOBALT MUSIC | ) | |
| PUBLISHING, A DIVISION OF KOBALT | ) | |
| MUSIC PUBLISHING AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

*ORDER*
*This motion is*
*GRANTED*
*[signature]*
*6-30-14*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendants BMG Rights Management (US) LLC (sued erroneously as "BMG Rights
Management (US) LLC Publishing") and Kobalt Music Publishing America, Inc. d/b/a Songs of
Kobalt Music Publishing (BMI) (sued erroneously as "Songs of Kobalt Music Publishing, A
Division of Kobalt Music Publishing America, Inc."), by and through their undersigned counsel,
hereby submit this Unopposed Motion for Extension of Time to Respond to Plaintiff's Requests
for Production of Documents. The movants seek an extension of two weeks, or until July 17,
2014, to respond to Plaintiff's requests, which extension Plaintiff does not oppose.

1